# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| TAYLOR C. HAGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case Number: 5:13-cv-02194-VEH-JHE |
| | ) |
| WARDEN DEWAYNE ESTES, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on June 9, 2014, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although Plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.  A Final Judgment will be entered contemporaneously herewith.

**DONE** this 7th day of July, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge